IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIE MILLER, ) | |
| ) | Case No. 4:05-CV-00037 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL SECRUITY, ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |

For the reasons stated in the accompanying *Memorandum Opinion*, I hereby **reject** the Magistrate Judge's *Report and Recommendation* and hereby **sustain** the Commissioner's *Objections*. Therefore, the Commissioner's final decision denying the Plaintiff's claim for benefits is hereby **affirmed** and judgment is hereby **granted** for the Commissioner. This case is hereby **dismissed** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 19th day of July, 2006.

s/Jackson L. Kiser
Senior United States District Judge